NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN R. BLAND,**
*Petitioner*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent*

---

2023-1694

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-16-0368-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Kevin R. Bland's motion to voluntarily dismiss pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and the parties' joint response to the court's August 22, 2023, order,

IT IS ORDERED THAT:

(1) The motion is granted. The petition for review is dismissed.

2                                                                BLAND v. AIR FORCE

(2)  Each side shall bear its own costs.

                                               FOR THE COURT

August 30, 2023                                /s/ Jarrett B. Perlow
        Date                                   Jarrett B. Perlow
                                               Clerk of Court

ISSUED AS A MANDATE:  August 30, 2023